UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KATHY J. VALENTINE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:15-cv-00326-PLR-HBG |
| | ) |
| v. | ) Judge Pamela L. Reeves |
| | ) |
| USAble LIFE INSURANCE COMPANY, | ) Magistrate H. Bruce Guyton |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kathy J. Valentine and Defendant USAble Life Insurance Company, being all parties who have appeared in this civil action, hereby stipulate, as is evidenced by the signatures of their respective counsel below, that this civil action may be dismissed, with prejudice, and without an award of fees or costs of any type whatsoever to either party.

IT IS SO STIPULATED.

FOR PLAINTIFF:                                    FOR DEFENDANT:

/s/ *Richard T. Scrugham, Jr.*                    /s/ *S. Russell Headrick*

Richard T. Scrugham, Jr., BPR # 20972             S. Russell Headrick, BPR # 5750
FRANTZ, MCCONNELL & SEYMOUR, LLP                  LATHROP & GAGE LLP
550 West Main Street, Suite 500                   2345 Grand Boulevard, Suite 2200
Knoxville, TN 37902                               Kansas City, Missouri 64108-2618
Telephone: (865) 546-9321                         Telephone: (816) 292-2000
Telecopier: (865) 637-5249                        Telecopier: (816) 292-2001
Email: rscrugham@fmsllp.com                       Email: rheadrick@lathropgage.com

ATTORNEYS FOR PLAINTIFF                           ATTORNEYS FOR DEFENDANT